Jeremy E. Shulman (#257582)
    jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101
(626) 535-1900; fax (626) 577-7764

Attorneys for Defendant
Wachovia Mortgage, FSB, erroneously
sued as Wachovia Mortgage
Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| MARY AMARAL, JOE AMARAL and DANNY AMARAL,<br><br>            Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina corporation; CARRINGTON MORTGAGE SERVICES, LLC; and DOES 1-50 inclusive,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:09-CV-00937-OWW-GSA<br><br>The Honorable Oliver W. Wanger<br><br>STIPULATION AND ORDER TO EXTEND APRIL 15, 2010 CUT-OFF DEADLINE FOR INITIAL DISCLOSURES PURSUANT TO RULE 26(a) |

Plaintiffs MARY AMARAL, JOE AMARAL and DANNY AMARAL ("Plaintiffs"), Defendant CARRINGTON MORTGAGE SERVICES, LLC ("Carrington"), and Defendant WACHOVIA MORTGAGE, FSB, erroneously sued as WACHOVIA MORTGAGE CORPORATION ("Wachovia"), by and through their counsel of record hereby stipulate, as follows.

## STIPULATION

1. In October, 2009, Defendant Wachovia and Defendant Carrington each filed an Amended Motion to Dismiss in response to Plaintiffs' complaint. In early November, 2009, Plaintiffs filed an opposition to each of Defendants' motions. Carrington and Wachovia thereafter filed their replies to Plaintiffs' opposition.

2. The hearing on Carrington and Wachovia's respective Motions was held on January 25, 2010 before the Hon. Oliver W. Wanger.

3. The Court issued an order regarding the Motions to Dismiss on February 17, 2010. As to Wachovia's Motion, the Court requested supplemental briefing on whether the dismissal should be granted with or without leave to amend. Wachovia submitted its supplemental brief to the Court on February 22, 2010, and plaintiffs submitted their supplemental brief on February 26, 2010.

4. A final order on the Motions to Dismiss remains pending, and, consequently, plaintiffs have not yet filed a first amended complaint.

5. The upcoming cut-off date for initial disclosures by the parties is set for April 15, 2010 pursuant to the Court's March 17, 2010 Scheduling Order.

6. Plaintiffs' counsel has recently advised all counsel of her intention to file a Motion to be relieved as counsel for plaintiffs.

7. In light of the fact that plaintiffs' counsel intends file a Motion to be relieved, and a first amended complaint has yet to be filed, the parties hereby request an extension of the April 15

cut-off date for Rule 26(a) initial disclosures until after the Motion to be relieved is heard and a first amended complaint is filed such that the issues for disclosure will properly be defined.

                              Respectfully submitted,

Dated: April 7, 2010            CASWELL BELL & HILLISON, LLP

                              By: /s/ Kimberly L. Mayhew
                                   kmayhew@caswellbell.com
                              Attorneys for Plaintiffs Mary Amaral, Joe Amaral and Danny Amaral

Dated: April 7, 2010            WOLFE & WYMAN LLP

                              By: /s/ Brian H. Gunn
                                   bhgunn@wolfewyman.com
                              Attorneys for Defendant Carrington Mortgage Services, LLC

Dated: April 7, 2010            ANGLIN, FLEWELLING, RASMUSSEN,
                                      CAMPBELL & TRYTTEN LLP

                              By: /s/ Jeremy E. Shulman
                                   jshulman@afrct.com
                              Attorneys for Defendant Wachovia Mortgage, FSB, erroneously sued as Wachovia Mortgage Corporation

## **ORDER**

Good cause appearing, IT IS SO ORDERED, the cut-off date for the parties to make initial disclosures pursuant to Rule 26(a) shall be continued from April 15, 2010 to 6-7-_____, 2010.

IT IS SO ORDERED.

Dated:   **April 16, 2010**                        **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE