Kimberly L. Mayhew, SBN 199105
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: kmayhew@caswellbell.com

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY AMARAL, JOE AMARAL and DANNY AMARAL,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina corporation; CARRINGTON MORTGAGE SERVICES, LLC; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 1:09-CV-00937-OWW-GSA<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR MARY AMARAL, JOE AMARAL AND DANNY AMARAL**<br><br>DATE:           6/28/10<br>TIME:            10:00 a.m.<br>COURTROOM:   3 |

A hearing having been held on June 28, 2010, at 10:00 a.m., on the motion of Kimberly L. Mayhew and Caswell Bell & Hillison LLP (collectively "CBH") to withdraw as attorneys of record for Mary Amaral, Joe Amaral and Danny Amaral, the Court having reviewed the motion and supporting papers filed by CBH, and good cause appearing therefor,

**IT IS ORDERED** that effective on this date, Kimberly L. Mayhew and Caswell Bell & Hillison LLP are relieved as attorneys of record for Mary Amaral, Joe Amaral and Danny Amaral in this action.

IT IS SO ORDERED.

Dated:     July 1, 2010          /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE

1

_____
Order Granting Motion to Withdraw as Counsel                                    00167688