IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY AMARAL, et al.,**<br><br>          **Plaintiffs,**<br><br>     **vs.**<br><br>**WACHOVIA MORTGAGE CORPORATION, et al.,**<br><br>          **Defendants.** | No. CV-F-09-937 OWW/GSA<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME (Doc. 62) AND DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE (Doc. 65) |

**Plaintiffs' request (Doc. 62), filed on July 21, 2010, for a thirty (30) day extension of time to file a First Amended Complaint as ordered in the Memorandum Decision and Order (Doc. 60) filed on July 2, 2010 is GRANTED. Plaintiffs shall file a First Amended Complaint in compliance with the July 2, 2010 Memorandum Decision and Order on or before Monday, August 23, 2010. No further extensions of time will be granted to Plaintiffs', if proceeding *in pro per*, or to new counsel, if counsel is retained. Failure to timely comply with this Order**

will result in the dismissal of this action.[1]

Defendants' motion to dismiss pursuant to Rule 41(b), Federal Rules of Civil Procedure, filed on July 27, 2010 (Doc. 65) and noticed for hearing on October 4, 2010 is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated:   August 4, 2010              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

---

[1] If Plaintiffs are unable to retain new counsel and elect to proceed *in pro per*, Plaintiffs are advised that Rule 183, Local Rules of Practice, provides:

> Any individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law. All obligations placed on 'counsel' by these Rules apply to individuals appearing in propria persona.