UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY AMARAL, JOE AMARAL and DANNY AMARAL,<br><br>           Plaintiffs,<br><br>     v.<br><br>WACHOVIA MORTGAGE, FSB; CARRINGTON MORTGAGE SERVICES, LLC; and DOES 1-50, inclusive,<br><br>           Defendants. | CASE NO. 09-CV-00937 OWW-GSA<br><br>**ORDER ON DEFENDANTS CARRINGTON MORTGAGE SERVICES, LLC AND WACHOVIA MORTGAGE, FSB'S MOTIONS TO DISMISS, WACHOVIA'S MOTION TO STRIKE, AND PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT** |

On November 15, 2010, defendant Carrington Mortgage Services, LLC ("Carrington"), and Wachovia Mortgage, FSB's ("Wachovia") motions to dismiss the first amended complaint, Wachovia's motion to strike, and Plaintiffs Mary Amaral, Joe Amaral and Danny Amaral's motion to file a second amended complaint came on regularly for hearing before the Honorable Oliver W. Wanger.

The Court, having read and considered the parties' various motions, the requests for judicial notice, all opposition and reply papers:

**IT IS THEREFORE ORDERED THAT:**

1.) The Court finds that the First Amended Complaint fails to allege facts sufficient to support a causal link between Carrington's alleged failure to provide notice and Plaintiffs' alleged damages. Accordingly, Plaintiffs' RESPA claim against Defendant Carrington is DISMISSED WITH PREJUDICE;

9009-0\00204110.000

09-CV-00937 OWW-GSA
**[PROPOSED] ORDER ON DEFENDANTS CARRINGTON MORTGAGE SERVICES, LLC AND WACHOVIA MORTGAGE, FSB'S MOTIONS TO DISMISS, WACHOVIA'S MOTION TO STRIKE, AND PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT**

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

PDF created with pdfFactory trial version www.pdffactory.com

2.) The Court finds that the First Amended Complaint fails to allege that Plaintiffs suffered damages as a result of Carrington or Wachovia's alleged statutory violation. Accordingly, Plaintiffs' claims under California Civil Code section 2937 against Defendants Carrington and Wachovia are DISMISSED WITH PREJUDICE;

3.) The Court finds that the fraud and conversion claims in the First Amended Complaint are preempted by HOLA. Accordingly, Plaintiffs' fraud and conversion claims against Wachovia are DISMISSED WITH PREJUDICE;

4.) The Court finds that Plaintiffs' proposed state law claims against Wachovia are preempted by HOLA and amendment to add such claims would be futile. The Court further finds Plaintiffs' motion to amend to include Fremont Reorganizing Corporation as a defendant under Plaintiffs' RESPA and California Civil Code Section 2937 claims would be futile. Plaintiffs' motion to amend the First Amended Complaint is GRANTED with respect to MTC and Vasquez only and DENIED with respect to all other requests. Plaintiffs must comply with Federal Rule of Civil Procedure 9(b) where applicable;

5.) Wachovia's motion to strike is DENIED AS MOOT; and

6.) Plaintiffs shall file an amended complaint on or before February 22, 2011. Defendants shall file a response within ten (10) days of service of the amended complaint.

**IT IS SO ORDERED.**

DATED: March 1, 2011

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

9009-0\00204110.000

2

09-CV-00937 OWW-GSA
ORDER ON DEFENDANTS' MOTIONS TO DISMISS, WACHOVIA'S MOTION TO STRIKE, AND PLAINTIFFS' MOTION TO AMEND

GILMORE, WOOD, VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

PDF created with pdfFactory trial version www.pdffactory.com