DAVID M. GILMORE, #105429
dgilmore@gwvm.com
JENNIFER J. PANICKER, #258656
jpanicker@gwvm.com
TRACIE L. GOODWIN, #250119
tgoodwin@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA  93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Plaintiffs Mary Amaral, Joe Amaral and Danny Amaral

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARY AMARAL, JOE AMARAL and DANNY AMARAL,<br><br>         Plaintiffs,<br><br>    v.<br><br>WACHOVIA MORTGAGE, FSB; CARRINGTON MORTGAGE SERVICES, LLC; and DOES 1-50, inclusive,<br><br>         Defendants. | CASE NO. 09-CV-00937 OWW-GSA<br><br>**PROPOSED ORDER ON PLAINTIFFS' NOTICE OF DISMISSAL OF CARRINGTON MORTGAGE SERVICES, LLC** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

9009-0\00254233.000

09-CV-00937 OWW-GSA
ORDER

1  Pursuant to Plaintiffs' Notice of Dismissal of Defendant Carrington
2  Mortgage Services, LLC it is so ordered that Defendant Carrington Mortgage Services,
3  LLC is dismissed *with prejudice* from the Complaint and the Notice of Appeal filed by
4  Plaintiffs Joe Amaral, Mary Amaral, and Danny Amaral.

IT IS SO ORDERED.

Dated:   **July 19, 2011**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9009-0\00254233.000                 2                 09-CV-00937 OWW-GSA
                                                                    ORDER